B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Old Corkscrew Plantation, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**04-3670851** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**22500 State Road 82<br>Fort Myers, FL 33913**　ZIP CODE **33913-0000** | Street Address of Joint Debtor (No. & Street, City, and State):　ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**903 E. 104th Street<br>Kansas City, MO 64131**　ZIP CODE **64131-0000** | Mailing Address of Joint Debtor (if different from street address):　ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Old Corkscrew Plantation, LLC** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)

          _____
          (Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Old Corkscrew Plantation, LLC** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>**Paul Steven Singerman #378860**<br>Printed Name of Attorney for Debtor(s)<br>**Berger Singerman, P.A.**<br>Firm Name<br>**200 S. Biscayne Blvd.**<br>**Ste. 1000**<br>**Miami, FL 33131**<br>Address<br>**Email:singerman@bergersingerman.com**<br>**305-755-9500 Fax:305-714-4340**<br>Telephone Number<br><br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X **OLD CORKSCREW PLANTATION, LLC, a Florida limited liability company**<br>**By: Four West, LLC, a Nevada limited liability company**<br>*[signature: Scott Westlake]*<br>**Scott Westlake, Managing Member**<br>Printed Name of Authorized Individual<br>**Authorized Agent**<br>Title of Authorized Individual<br><br>_____<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Old Corkscrew Plantation, LLC**                Case No.                       
                                      Debtor(s)            Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Scott Westlake 4731 Bonita Bay Blvd. #1903 Bonita Springs, FL 34134 | | Loans | | 4,827,906.59 |
| Crop Production Services Attn Janice Perez 116 Jerome Drive Immokalee, FL 34142 | | trade debt | | 380,207.00 |
| Scott and Vicki Westlake 4371 Bonita Bay Blvd. Ste. 1903 Bonita Springs, FL 34134 | | Loan | | 338,511.31 |
| Griffin Fertilizer Company PO Box 188 Frostproof, FL 33843 | | trade debt | | 322,807.72 |
| KCCG, LLC 903 E. 104th Street Ste. 630 Kansas City, MO 64131 | | Loan | | 68,027.49 |
| Helena Chemical Company PO Box 198153 Atlanta, GA 30384 | | trade debt | | 56,552.70 |
| Passarella & Associates, Inc 13620 Metropolis Ave Suite 200 Fort Myers, FL 33912 | | trade debt | | 55,925.95 |
| Davis Oil Co., Inc. 540 New Market Road East Immokalee, FL 34142 | | trade debt | | 42,161.39 |
| Car Two PO Box 188 Wauchula, FL 33873-0188 | | trade debt | | 35,512.08 |
| The Andersons 800 Trafalgar Court #320 Maitland, FL 32751 | | | | 30,516.86 |
| Florida Grove Hedgers 403 Bear Lane Lake Placid, FL 33852 | | trade debt | | 29,057.50 |

In re    **Old Corkscrew Plantation, LLC**                                      Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Delisi Fitzgerald, Inc.<br>PO Box 6306<br>Fort Myers, FL 33911-6306 | | trade debt | | 22,462.82 |
| Everglades Farm Equipment<br>PO Box 910<br>Belle Glade, FL 33430 | | trade debt | | 19,359.01 |
| Pavese Law Firm<br>PO Drawer 2277<br>Fort Myers, FL 33902-2277 | | attorney fees | | 13,910.35 |
| Keen Farm & Grove Service<br>PO Box 203<br>Parrish, FL 34219 | | trade debt | | 12,617.00 |
| Everglades Harvesting & Haul<br>PO Box 770516<br>Winter Garden, FL 34777 | | trade debt | | 12,376.63 |
| Kelly Tractor<br>9651 Kelly Tractor Drive<br>Fort Myers, FL 33905 | | trade debt | | 11,557.25 |
| Lewis, Longman & Walker,<br>PA<br>PO Box 917035<br>Orlando, FL 32891-7035 | | trade debt | | 8,347.28 |
| Jackson Citrus Inc.<br>PO Box 610<br>Labelle, FL 33975 | | trade debt | | 7,450.81 |
| Florida Agribusiness, LLC<br>PO Box 27<br>Felda, FL 33930 | | trade debt | | 7,410.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

OLD CORKSCREW PLANTATION, LLC, a Florida limited liability company
By:  Four West, LLC, A Nevada limited liability company

Date _____          Signature   By: _~Scott Westlake~_____

                                           **Scott Westlake, Managing Member**

_Penalty for making a false statement or concealing property_: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Old Corkscrew Plantation, LLC**                              ,      Case No. _____

                                             Debtor

                                             Chapter _____ **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 24,000,000.00 | | |
| B - Personal Property | Yes | 4 | 1,264,047.39 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 54,434,354.05 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 6,317,279.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 25,264,047.39 | | |
| Total Liabilities | | | | 60,751,633.94 | |

In re   **Old Corkscrew Plantation, LLC**                 Case No. _____

                                                ,
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| All of Section 25, Township 46 South, Range 27 East, Lee County, Florida, less the North 50 feet therof for road right-of-way; Part of Section 36, Township 46 South, Range 27 East, Lee County, Florida; and All of Section 26, Township 46 South, Range 27 East, less the Southwest one-quarter of the the Southwest one-quarter thereof, known as Tropic Grove and Winner Grove; approximately 1270 Acres | **Fee simple** | - | **24,000,000.00** | **54,434,354.05** |

| | | |
|---|---|---|
| Sub-Total > | **24,000,000.00** | (Total of this page) |
| Total > | **24,000,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Old Corkscrew Plantation, LLC**                                            Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account of "Old Corkscrew Plantation", used by Old Corkscrew Plantation, LLC, Old Corkscrew Plantation II, LLC, Old Corkscrew Plantation III, LLC, Old Corkscrew Plantation IV, LLC, Old Corkscrew Plantation V, LLC and Old Corkscrew Plantation VI, LLC; located at M&I Marshall and Ilsley Bank, 1201 NW Briarcliff Parkway, Kansas City, MO 64116-1776 | - | 1,000,703.99 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Lee County Solid Waste 10550 Buckingham Road Fort Myers, FL 33905 | - | 2,459.40 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Harvest Policy through Carden & Associates, Inc., 60 4th St SW, Winter Haven, FL 33880 | - | 0.00 |
| | | | Life insurance policy on Scott Westlake and Franz Rosinus - Symetra Financial | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      <b>1,003,163.39</b><br>(Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

In re   **Old Corkscrew Plantation, LLC**                       ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **40% of OCP Enterprises, LLC, which owns 40% of Old Corkscrew Golf Course, LLC** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        <b>0.00</b><br>(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Old Corkscrew Plantation, LLC**        ,     Case No. _____

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Signs, Planet Radio CAM-Telephones, seven (7) John Deere tractors, mules, JD ATV, hydraulic boom, powerblast sprayer, motor grader, hydraulic excavator, computers, monitor, printer, disc harrow, chemical storage tanks, 1999 International diesel truck, B-5 dozer, CDA nozzles, Ranger 500 4x4's, sprayer/trailers pioneer, Komatsu backhoe-loader and wheel loader | - | 260,884.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | All of Section 25, Township 46 South, Range 27 East, Lee County, Florida, less the North 50 feet therof for road right-of-way; Part of Section 36, Township 46 South, Range 27 East, Lee County, Florida; and All of Section 26, Township 46 South, Range 27 East, less the Southwest one-quarter of the the Southwest one-quarter thereof, known as Tropic Grove and Winner Grove; approximately 1270 Acres | - | Unknown |

|  | Sub-Total > (Total of this page) | 260,884.00 |
|---|---|---|

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **Old Corkscrew Plantation, LLC**                      ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | 0.00 |
| Total > | 1,264,047.39 |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6D (Official Form 6D) (12/07)

In re **Old Corkscrew Plantation, LLC**     Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>**M&I Marshall and Ilsley Bank**<br>**1201 NW Briarcliff Parkway**<br>**Suite 130**<br>**Kansas City, MO 64116-1776** | - | | | | **First Mortgage**<br>**All of Section 25, Township 46 South,**<br>**Range 27 East, Lee County, Florida, less**<br>**the North 50 feet therof for road**<br>**right-of-way; Part of Section 36,**<br>**Township 46 South, Range 27 East, Lee**<br>**County, Florida; and All of Section 26,**<br>**Township 46 Sou** | | | | | |
| | | | | | Value $          **24,000,000.00** | | | | **54,434,354.05** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **54,434,354.05** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **54,434,354.05** | **0.00** |

In re    **Old Corkscrew Plantation, LLC**            Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Old Corkscrew Plantation, LLC**                                      Case No. _____
                                    Debtor(s)

# SCHEDULE F* - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. | | | | 7/22/2011 | | | | |
| ADT PO Box 371967 Pittsburgh, PA 15250-7967 | | N A | | trade debt | | | | 160.82 |
| ACCOUNT NO. | | | | 7/16/11 | | | | |
| Agri-Flow, Inc. 2523 Dog Leg Drive Sebring, FL 33872 | | N A | | trade debt | | | | 6,006.19 |

*Each debt listed on Schedule F is shown as jointly owed by Old Corkscrew Plantation, LLC, Old Corkscrew Plantation II, LLC, Old Corkscrew Plantation III, LLC, Old Corkscrew Plantation IV, LLC, Old Corkscrew Plantation V, LLC, and Old Corkscrew Plantation VI, LLC; and Debtor believes that there may be allocations of certain of the debts as among these various debtors.

Sheet 1 of 6 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Allen's Auto Parts<br>321 W. Main<br>Immokalee, FL 34142 | | N A | 7/5/2011 - 7/11/2011<br><br>trade debt | | | | 186.19 |
| ACCOUNT NO.<br><br>Car Two<br>PO Box 188<br>Wauchula, FL 33873-0188 | | N A | 7/6/2011 - 7/7/2011<br><br>trade debt | | | | 35,512.08 |
| ACCOUNT NO.<br><br>Chemical Containers Inc.<br>PO Box 1307<br>Lake Wales, FL 33859-1307 | | N A | 7/1/2011<br><br>trade debt | | | | 599.29 |
| ACCOUNT NO.<br><br>Crop Production Services<br>Attn Janice Perez<br>116 Jerome Drive<br>Immokalee, FL 34142 | | N A | 5/28/2011 - 8/13/2011<br><br>trade debt | | | | 380,207.00 |
| ACCOUNT NO.<br><br>Davis Oil Co., Inc.<br>540 New Market Road East<br>Immokalee, FL 34142 | | N A | 7/1/2011 - 7/8/2011<br><br>trade debt | | | | 42,161.39 |
| ACCOUNT NO.<br><br>Delisi Fitzgerald, Inc.<br>PO Box 6306<br>Fort Myers, FL 33911-6306 | | N A | 6/11/2011 - 7/11/2011<br><br>trade debt | | | | 22,462.82 |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **Old Corkscrew Plantation, LLC**                    Case No _____

_____
                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Everglades Farm Equipment <br> PO Box 910 <br> Belle Glade, FL 33430 | | N A | 7/2/2011 - 8/10/2011 <br><br> trade debt | | | | 19,359.01 |
| ACCOUNT NO. <br><br> Everglades Harvesting & Haul <br> PO Box 770516 <br> Winter Garden, FL 34777 | | N A | 7/11/2011 - 7/22/2011 <br><br> trade debt | | | | 12,376.63 |
| ACCOUNT NO. <br><br> Florida Agribusiness, LLC <br> PO Box 27 <br> Felda, FL 33930 | | N A | 7/11/2011 <br><br> trade debt | | | | 7,410.00 |
| ACCOUNT NO. <br><br> Florida Grove Hedgers <br> 403 Bear Lane <br> Lake Placid, FL 33852 | | N A | 6/18/2011 <br><br> trade debt | | | | 29,057.50 |
| ACCOUNT NO. <br><br> Glade & Grove Supply <br> CRA Payment Center <br> PO Box 3900 <br> Lancaster, PA 17604-3900 | | N A | 7/11/2011 - 7/13/2011 <br><br> trade debt | | | | 909.42 |
| ACCOUNT NO. <br><br> Griffin Fertilizer Company <br> PO Box 188 <br> Frostproof, FL 33843 | | N A | 6/19/2011 - 7/31/2011 <br><br> trade debt | | | | 322,807.72 |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re __Old Corkscrew Plantation, LLC__          Case No _____

                   Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Helena Chemical Company <br> PO Box 198153 <br> Atlanta, GA 30384 | | N A | 6/16/2011 - 7/11/2011 <br><br> trade debt | | | | 56,552.70 |
| ACCOUNT NO. <br><br> Jackson Citrus Inc. <br> PO Box 610 <br> Labelle, FL 33975 | | N A | 7/1/2011 <br><br> trade debt | | | | 7,450.81 |
| ACCOUNT NO. <br><br> KCCG, LLC <br> 903 E. 104th Street <br> Ste. 630 <br> Kansas City, MO 64131 | | N A | 7/27/2011 <br><br> Loan | | | | 68,027.49 |
| ACCOUNT NO. <br><br> Keen Farm & Grove Service <br> PO Box 203 <br> Parrish, FL 34219 | | N A | 7/1/2011 <br><br> trade debt | | | | 12,617.00 |
| ACCOUNT NO. <br><br> Kelly Tractor <br> 9651 Kelly Tractor Drive <br> Fort Myers, FL 33905 | | N A | 7/7/2011 - 7/11/2011 <br><br> trade debt | | | | 11,557.25 |
| ACCOUNT NO. <br><br> Lee County Health Department <br> Attn: Johanna Whelan <br> Environmental Supervisor II <br> 2925 Victoria Avenue #206 <br> Fort Myers, FL 33901 | | N A | 7/12/11 <br><br> fee | | | | 150.00 |

Sheet 4 of 6 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re **Old Corkscrew Plantation, LLC**                                    Case No _____

                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lewis, Longman & Walker, PA <br> PO Box 917035 <br> Orlando, FL 32891-7035 | | N A | 7/1/2011 - 8/1/2011 <br><br> trade debt | | | | 8,347.28 |
| ACCOUNT NO. <br><br> Linder Industrial <br> PO Box 917035 <br> Orlando, FL 32891-7035 | | N A | 7/1/2011 <br><br> trade debt | | | | 3,086.85 |
| ACCOUNT NO. <br><br> Oertel Fernandez Cole&Bryant <br> PO Box 1110 <br> Tallahassee, FL 32302-1110 | | N A | 5/10/2011 - 7/11/2011 <br><br> trade debt | | | | 1,582.11 |
| ACCOUNT NO. <br><br> Passarella & Associates, Inc <br> 13620 Metropolis Ave <br> Suite 200 <br> Fort Myers, FL 33912 | | N A | 5/21/2011 - 7/11/2011 <br><br> trade debt | | | | 55,925.95 |
| ACCOUNT NO. <br><br> Pavese Law Firm <br> PO Drawer 2277 <br> Fort Myers, FL 33902-2277 | | N A | 11/13/2010 - 7/11/2011 <br><br> attorney fees | | | | 13,910.35 |
| ACCOUNT NO. <br><br> Scott and Vicki Westlake <br> 4371 Bonita Bay Blvd. <br> Ste. 1903 <br> Bonita Springs, FL 34134 | | N A | 7/27/11 <br><br> Loan | | | | 338,511.31 |

Sheet 5 of 6 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Scott Westlake**<br>**4731 Bonita Bay Blvd. #1903**<br>**Bonita Springs, FL 34134** | | N A | loans | | | | 4,827,906.59 |
| ACCOUNT NO.<br><br>**Southwest Florida Service &**<br>**PO Box 610**<br>**Immokalee, FL 34143** | | N A | 7/31/2011<br><br>trade debt | | | | 1,347.04 |
| ACCOUNT NO.<br><br>**Sprint**<br>**PO Box 4191**<br>**Carol Stream, IL 60197-4191** | | N A | 7/12/2011<br><br>trade debt | | | | 574.24 |
| ACCOUNT NO.<br><br>**The Andersons**<br>**800 Trafalgar Court #320**<br>**Maitland, FL 32751** | | N A | 7/2/2011 | | | | 30,516.86 |
| | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | 6,317,279.89 |

Sheet 6 of 6 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re    **Old Corkscrew Plantation, LLC**              Case No. _____
                                             ,
                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Cutrale Citrus JuicesUSA Inc**<br>**602 McKean Street**<br>**Auburndale, FL 33823** | **Long Term Fruit Purchase Agreements with Old Corkscrew Plantation, LLC, dated February 28, 2007 and October 18, 2010** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Old Corkscrew Plantation, LLC**                  Case No. _____

                                               Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Felda Plantation, LLC**<br>**c/o Franz Rosinus**<br>**26811 S. Bay Drive Suite 350**<br>**Bonita Springs, FL 34134**<br>    **real property owned by Felda Plantation, LLC is**<br>**additional collateral for debt to M&I Marshall &**<br>**Ilsley Bank** | **M&I Marshall & Ilsley Bank**<br>**1201 NW Briarcliff Parkway**<br>**Suite 130**<br>**Kansas City, MO 64116-1776** |
| **Franz J. Rosinus**<br>**25151 Pennyroyal Drive**<br>**Bonita Springs, FL 34134**<br>    **limited to $10 million on $40 million and $20**<br>**million notes, and $5 million on $17.6 million note** | **M&I Marshall and Ilsley Bank**<br>**1201 NW Briarcliff Parkway**<br>**Suite 130**<br>**Kansas City, MO 64116-1776** |
| **Old Corkscrew Plantation II**<br>**22500 State Road 82**<br>**Fort Myers, FL 33913**<br>    **real property valued not less than $14,100,000**<br>**owned by Old Corkscrew Plantation II, LLC is**<br>**additional collateral for debt to M&I Marshall &**<br>**Ilsley Bank** | **M&I Marshall and Ilsley Bank**<br>**1201 NW Briarcliff Parkway**<br>**Suite 130**<br>**Kansas City, MO 64116-1776** |
| **Old Corkscrew Plantation III**<br> **22500 State Road 82**<br>**Fort Myers, FL 33913**<br>    **real property valued not less than $4,850,000**<br>**owned by Old Corkscrew Plantation III, LLC is**<br>**additional collateral for debt to M&I Marshall &**<br>**Ilsley Bank** | **M&I Marshall and Ilsley Bank**<br>**1201 NW Briarcliff Parkway**<br>**Suite 130**<br>**Kansas City, MO 64116-1776** |
| **Old Corkscrew Plantation IV**<br>**22500 State Road 82**<br>**Fort Myers, FL 33913**<br>    **real property valued not less than $14,000,000**<br>**owned by Old Corkscrew Plantation IV, LLC is**<br>**additional collateral for debt to M&I Marshall &**<br>**Ilsley Bank** | **M&I Marshall and Ilsley Bank**<br>**1201 NW Briarcliff Parkway**<br>**Suite 130**<br>**Kansas City, MO 64116-1776** |
| **Old Corkscrew Plantation V**<br>**22500 State Road 82**<br>**Fort Myers, FL 33913**<br>    **real property valued not less than $42,600,000**<br>**owned by Old Corkscrew Plantation V, LLC is**<br>**additional collateral for debt to M&I Marshall &**<br>**Ilsley Bank** | **M&I Marshall and Ilsley Bank**<br>**1201 NW Briarcliff Parkway**<br>**Suite 130**<br>**Kansas City, MO 64116-1776** |

**1**
    _____ continuation sheets attached to Schedule of Codebtors

In re    **Old Corkscrew Plantation, LLC**                                    Case No. _____
                                                                        ,
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Old Corkscrew Plantation VI**<br>**22500 State Road 82**<br>**Fort Myers, FL 33913**<br>   **real property valued not less than $3,300,000**<br>**owned by Old Corkscrew Plantation VI, LLC is**<br>**additional collateral for debt to M&I Marshall &**<br>**Ilsley Bank** | **M&I Marshall and Ilsley Bank**<br>**1201 NW Briarcliff Parkway**<br>**Suite 130**<br>**Kansas City, MO 64116-1776** |
| **Scott M. Westlake**<br>**4371 Bonita Bay Blvd.**<br>**Ste. 1903**<br>**Bonita Springs, FL 34134**<br>   **limited to $9,434,354.05 on $40 million and $20**<br>**million notes, and limited to $5 million on $17.6**<br>**million note and on $5 million note** | **M&I Marshall & Ilsley Bank**<br>**1201 NW Briarcliff Parkway**<br>**Suite 130**<br>**Kansas City, MO 64116-1776** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re __Old Corkscrew Plantation, LLC__        Case No. _____

                                        Debtor(s)        Chapter    __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __19__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

                                     **OLD CORKSCREW PLANTATION, LLC, a Florida limited liability company**
                                     **By:  Four West, LLC, A Nevada limited liability company**

Date _____       Signature _____

                                       **Scott Westlake, Managing Member**
                                       **Authorized Agent**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Old Corkscrew Plantation, LLC**              Case No. _____

                                         Debtor(s)           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,456,625.15** | **2011 YTD: Orange grove operation** |
| **$1,431,747.00** | **2010: Orange grove operation** |
| **$1,807,778.00** | **2009: Orange grove operation** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                SOURCE

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **M&I Marshall and Ilsley Bank**<br>**1201 NW Briarcliff Parkway Suite 130**<br>**Kansas City, MO 64116-1776** | **5/12/2011 - $1,500,000;**<br>**5/27/2011 - $438,891.45**<br>**interest on $40MM note;**<br>**5/27/2011 - $197,778.78**<br>**interest on $40MM note** | **$2,136,670.23** | **$54,434,354.05** |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See attached Schedules** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **McDowell, Rice, Smith & Buchanan** **605 West 47th Street, Ste. 350** **Kansas City, MO 64112-1905** | 5/5/11 - $17,677.00; 6/9/11 - $30,300.41; 6/30/11 - $15,349.31; 7/27/11 - $150,000 (retainer); 7/28/11 - $35,276.40; and 7/29/11 - $13,711.00. | |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Berger Singerman, P.A.**<br>**200 S. Biscayne Blvd., Ste. 1000**<br>**Miami, FL 33131** | **5/6/11 - $25,000; 6/27/11 - $4,535.20 applied; 7/25/11 - $16,262.40; 7/25/11 - $16,262.40 applied; 7/28/11 - $186,262.40 ($150,000 - retainer, $20,000 - cost retainer; and $16,262.40 applied)** | |

---

**10. Other transfers**

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ☐  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **M&I Marshall and Ilsley Bank**<br>**1201 NW Briarcliff Parkway Suite 130**<br>**Kansas City, MO 64116-1776** | **5/12/2011 - $1,500,000; 5/27/2011 - $438,891.45 interest on $40MM note; 5/27/2011 - $197,778.78 interest on $40MM note** | **$2,136,670.23** |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER      DESCRIPTION AND VALUE OF PROPERTY      LOCATION OF PROPERTY

---

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS      NAME USED      DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Wiebel, Hennells & Carufe PLLC**<br>**9420 Bonita Beach Road, Suite 200**<br>**Bonita Springs, FL 34135** | **Simone Wayne and Douglas Wiebel**<br>**6/1/2008 - 12/31/2010** |
| **Spectrum Business Ventures, Inc.**<br>**903 East 104th Street Suite 630**<br>**Kansas City, MO 64131** | **Bob Morrie, Chris Ward, Pam Upham**<br>**1/11/2011 - current** |

None ☐    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Wiebel, Hennells & Carufe PLLC** | **9420 Bonita Beach Road Suite 200**<br>**Bonita Springs, FL 34135** | **Simone Wayne and Douglas Wiebel**<br>**6/1/2008 - 12/31/2010** |
| **Spectrum Business Ventures, Inc.** | **903 East 104th Street Suite 630**<br>**Kansas City, MO 64131** | **Bob Morrie, Chris Ward, Pam Upham**<br>**1/1/2011-current** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Wiebel, Hennells & Carufe PLLC<br>Simone Wayne and Douglas Wiebel<br>6/1/2008 - 12/31/2010 | 9420 Bonita Beach Road Suite 200<br>Bonita Springs, FL 34135 |
| Spectrum Business Ventures, Inc.<br>Bob Morrie, Chris Ward, Pam Upham<br>1/1/2011-current | 903 East 104th Street Suite 630<br>Kansas City, MO 64131 |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| M&I Marshall & Ilsley Bank<br>1201 NW Briarcliff Parkway Suite 130<br>Kansas City, MO 64116-1776 | It is assumed financial statements were<br>provided to M&I Bank at date unknown. |

---

**20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Corkscrew Plantation, Inc.<br>26811 South Bay Drive Suite 240<br>Bonita Springs, FL 34134 | membership interest in limited liability<br>company | 0.01% |
| OCP Opportunity I, LLC<br>903 East 104th Street Suite 630<br>Kansas City, MO 64131 | membership interest in limited liability<br>company | 33.333333% |
| Four West, LLC<br>PO Box 482084<br>Kansas City, MO 64148 | membership interest in limited liability<br>company | 46.666666% |
| Larry C. Maddox & Ellaouise L. Maddox<br>Revocable Trust<br>4731 Bonita Bay Blvd Suite 2104<br>Sarasota, FL 34234 | membership interest in limited liability<br>company | 7.055016% |
| Bowen Investments, LLC<br>1251 Sunbury Drive<br>Fort Myers, FL 33901 | membership interest in limited liability<br>company | 6.472492% |
| The Hoehn Family Investments LLC<br>11436 High Drive<br>Leawood, KS 66211 | membership interest in limited liability<br>company | 6.472492% |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature  _Scott Westlake_ _____

Scott Westlake
**Authorized Agent**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Date | Type | Num | Name | Memo/Description | Account | Amount |
|------|------|-----|------|------------------|---------|--------|
| 03/04/2011 | Bill | 10679 | Spectrum Business Ventures, Inc | February 2011 Fees | 725000 Professional Fees:Accounting | 375.00 |
| 03/11/2011 | Bill | Annual Report Fee | Spectrum Business Ventures, Inc | FL Annual Report Fee for OCP Holding Co, LLC | 723000 General and Administrative:Licenses and Permits | 138.75 |
| 03/28/2011 | Bill | 2644-F | Spectrum Business Ventures, Inc | Recruiting Fee - Pam Upham | 731000 Professional Fees:Recruiting | 8,250.00 |
| 04/05/2011 | Bill | 10786 | Spectrum Business Ventures, Inc | March 2011 Fees | 725000 Professional Fees:Accounting | 2,550.00 |
| 04/20/2011 | Bill | Bank Fee | Spectrum Business Ventures, Inc | Check Order - Arvest Account | 700099 General and Administrative:Bank Charges | 156.21 |
| 05/04/2011 | Bill | 10892 | Spectrum Business Ventures, Inc | April 2011 Fees | 725000 Professional Fees:Accounting | 13,741.50 |
| 05/09/2011 | Bill | April CC & UPS Bill | Spectrum Business Ventures, Inc | April 2011 UPS Charges | 707000 General and Administrative:Postage and Delivery | 207.89 |
| 05/09/2011 | Bill | April CC & UPS Bill | Spectrum Business Ventures, Inc | FL Annual Report Fees for OCP I - VI | 723000 General and Administrative:Licenses and Permits | 832.50 |
| 05/09/2011 | Bill | April CC & UPS Bill | Spectrum Business Ventures, Inc | QuickBooks Annual Fees for OCP I - VI | 705200 General and Administrative:Office Supplies | 343.96 |
| 05/31/2011 | Bill | May UPS Bill | Spectrum Business Ventures, Inc | May 2011 UPS Charges | 707000 General and Administrative:Postage and Delivery | 274.13 |
| 06/09/2011 | Bill | May 2011 | Spectrum Business Ventures, Inc | May 2011 Fees | 725000 Professional Fees:Accounting | 8,234.75 |
| 07/01/2011 | Bill | June UPS Charges | Spectrum Business Ventures, Inc | June 2011 UPS Charges | 707000 General and Administrative:Postage and Delivery | 77.01 |
| 07/13/2011 | Bill | 11002 | Spectrum Business Ventures, Inc | June 2011 Fees | 725000 Professional Fees:Accounting | 7,045.25 |
| | | | | | | 42,226.95 |

*Spectrum Business Ventures, Inc. is owned 100% by Amit Raizada, who is an insider of the Debtors.

OCP I - VI
7/29/2010-7/29/2011
Schedule to SOFA 3(c)

| Date | Type | Num | Name | Memo/Description | Account | Amount |
|---|---|---|---|---|---|---|
| 08/06/2010 | Check | 203070 | Corkscrew Plantation V, Inc | Management Services | 730000 Professional Fees:Consulting | 11,091.00 |
| 09/21/2010 | Check | 203114 | Corkscrew Plantation V, Inc | Management Services | 730000 Professional Fees:Consulting | 11,091.00 |
| 10/01/2010 | Check | 203115 | Pelican Team Realty | Utilities | 540500 Facilities and Real Estate:Utilities:Electric | 525.00 |
| 10/01/2010 | Check | 203115 | Pelican Team Realty | High-Speed Internet | 761800 Facilities and Real Estate:Utilities:Internet services | 300.00 |
| 10/01/2010 | Check | 203122 | Pelican Team Realty | High-Speed Internet | 761800 Facilities and Real Estate:Utilities:Internet services | 150.00 |
| 10/01/2010 | Check | 203115 | Pelican Team Realty | Rent | 779000 Facilities and Real Estate:Rent | 8,484.63 |
| 10/15/2010 | Check | 203152 | Corkscrew Plantation V, Inc | Management Services | 730000 Professional Fees:Consulting | 11,091.00 |
| 11/08/2010 | Check | 203178 | Corkscrew Plantation V, Inc | Management Services | 730000 Professional Fees:Consulting | 11,091.00 |
| 12/20/2010 | Bill | Dec Mgmt Fe | Corkscrew Plantation V, Inc | Management Services | 730000 Professional Fees:Consulting | 11,091.00 |
| 12/31/2010 | Check | 203269 | Pelican Team Realty | Utilities | 540500 Facilities and Real Estate:Utilities:Electric | 300.00 |
| 12/31/2010 | Check | 203269 | Pelican Team Realty | High-Speed Internet | 761800 Facilities and Real Estate:Utilities:Internet services | 150.00 |
| 12/31/2010 | Check | 203269 | Pelican Team Realty | Rent | 779000 Facilities and Real Estate:Rent | 8,872.80 |
| 03/22/2011 | Check | 203347 | Alico Commercial Group | Utilities | 540500 Facilities and Real Estate:Utilities:Electric | 300.00 |
| 03/22/2011 | Check | 203347 | Alico Commercial Group | High-Speed Internet | 761800 Facilities and Real Estate:Utilities:Internet services | 150.00 |
| 03/22/2011 | Check | 203347 | Alico Commercial Group | Rent | 779000 Facilities and Real Estate:Rent | 9,836.40 |
| | | | | | | 84,523.83 |

*Upon information and belief, one or more of the insiders of the Debtors is an insider of one or more of the entities listed herein.

In re   <u>Old Corkscrew Plantation, LLC</u>

                                Debtor(s)

Case No. _____

Chapter   <u>11</u>

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

 

**OLD CORKSCREW PLANTATION, LLC, a Florida limited liability company**
By: **Four West, LLC, A Nevada limited liability company**

Date:    _____

By: *Scott Westlake* _____
     **Scott Westlake/Managing Member**
     **Authorized Agent**

ADT
PO Box 371967
Pittsburgh, PA 15250-7967

Agri-Flow, Inc.
2523 Dog Leg Drive
Sebring, FL 33872

Allen's Auto Parts
321 W. Main
Immokalee, FL 34142

Bowen Investments, LLC
1251 Sunbury Drive
Fort Myers, FL 33901

Car Two
PO Box 188
Wauchula, FL 33873-0188

Chemical Containers Inc.
PO Box 1307
Lake Wales, FL 33859-1307

Corkscrew Plantation, Inc.
26811 South Bay Drive
Ste. 240
Bonita Springs, FL 34134

Crop Production Services
Attn Janice Perez
116 Jerome Drive
Immokalee, FL 34142

Cutrale Citrus JuicesUSA Inc
602 McKean Street
Auburndale, FL 33823

Davis Oil Co., Inc.
540 New Market Road East
Immokalee, FL 34142

Delisi Fitzgerald, Inc.
PO Box 6306
Fort Myers, FL 33911-6306

Everglades Farm Equipment
PO Box 910
Belle Glade, FL 33430

Everglades Harvesting & Haul
PO Box 770516
Winter Garden, FL 34777

Felda Plantation, LLC
c/o Franz Rosinus
26811 S. Bay Drive Suite 350
Bonita Springs, FL 34134

Florida Agribusiness, LLC
PO Box 27
Felda, FL 33930

Florida Grove Hedgers
403 Bear Lane
Lake Placid, FL 33852

Four West, LLC
P.O. Box 482084
Kansas City, MO 64148

Franz J. Rosinus
25151 Pennyroyal Drive
Bonita Springs, FL 34134

Glade & Grove Supply
CRA Payment Center
PO Box 3900
Lancaster, PA 17604-3900

Griffin Fertilizer Company
PO Box 188
Frostproof, FL 33843

Helena Chemical Company
PO Box 198153
Atlanta, GA 30384

Jackson Citrus Inc.
PO Box 610
Labelle, FL 33975

KCCG, LLC
903 E. 104th Street
Ste. 630
Kansas City, MO 64131

Keen Farm & Grove Service
PO Box 203
Parrish, FL 34219

Kelly Tractor
9651 Kelly Tractor Drive
Fort Myers, FL 33905

Larry C. Maddox & Ellaouise
L. Maddox Revocable Trust
4731 Bonita Bay Blvd.
Ste. 2104
Sarasota, FL 34234

Lee County Health Department
Attn: Johanna Whelan
Environmental Supervisor II
2925 Victoria Avenue #206
Fort Myers, FL 33901

Lewis, Longman & Walker, PA
PO Box 917035
Orlando, FL 32891-7035

Linder Industrial
PO Box 917035
Orlando, FL 32891-7035

M&I Marshall and Ilsley Bank
1201 NW Briarcliff Parkway
Suite 130
Kansas City, MO 64116-1776

OCP Opportunity I, LLC
903 East 104 Street
Ste. 630
Kansas City, MO 64131

Oertel Fernandez Cole&Bryant
PO Box 1110
Tallahassee, FL 32302-1110

Old Corkscrew Plantation II
22500 State Road 82
Fort Myers, FL 33913

Old Corkscrew Plantation III
22500 State Road 82
Fort Myers, FL 33913

Old Corkscrew Plantation IV
22500 State Road 82
Fort Myers, FL 33913

Old Corkscrew Plantation V
22500 State Road 82
Fort Myers, FL 33913

Old Corkscrew Plantation VI
22500 State Road 82
Fort Myers, FL 33913

Passarella & Associates, Inc
13620 Metropolis Ave
Suite 200
Fort Myers, FL 33912

Pavese Law Firm
PO Drawer 2277
Fort Myers, FL 33902-2277

Scott and Vicki Westlake
4371 Bonita Bay Blvd.
Ste. 1903
Bonita Springs, FL 34134

Scott M. Westlake
4371 Bonita Bay Blvd.
Ste. 1903
Bonita Springs, FL 34134

Scott Westlake
4731 Bonita Bay Blvd. #1903
Bonita Springs, FL 34134

Southwest Florida Service &
PO Box 610
Immokalee, FL 34143

Sprint
PO Box 4191
Carol Stream, IL 60197-4191

The Andersons
800 Trafalgar Court #320
Maitland, FL 32751

The Hoehn Family Investments
11436 High Drive
Leawood, KS 66211

## RESOLUTION OF OLD CORKSCREW PLANTATION, LLC

On this 23rd day of May, 2011, in lieu of a meeting of the Members of Old Corkscrew

Plantation, LLC (the "Company"), the Members hereby unanimously consent to this Resolution.

The Members have discussed the financial condition of the Company and its inability to pay

its debts as they become due. After discussion, the following resolution was unanimously adopted,

to wit:

WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that Scott Westlake, Manager of the Company and/or Amit Raizada, are authorized and empowered to execute petitions, instruments and other documents and pursue such proceedings as may be necessary to secure for this Company any and all relief to which it may be entitled under Chapter 11, Title 11 of the United States Code, and that Scott Westlake, Amit Raizada and any other officer of this Company be and hereby is authorized and empowered to employ counsel or carry out the provisions of this resolution.

BE IT FURTHER RESOLVED, that Scott Westlake and Amit Raizada are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Scott Westlake, Manager of the Company and/or Amit Raizada are authorized and directed to retain and employ R. Pete Smith, attorney and the law firm of McDowell Rice Smith & Buchanan P.C. and Berger Singerman P.A. to represent the Company in such bankruptcy case.

BE IT FURTHER RESOLVED, that in connection with any bankruptcy filing for the Company, neither the Company nor any designated representative or managing member for the Company, shall act to sell or engage in any other disposition of all or substantially all of the Company-debtor's assets or any of the membership interests in the Company, through a Bankruptcy Code Section 363 sale or otherwise, or to seek to convert the Chapter 11 bankruptcy case, without further advance, unanimous consent of the members of the Company.

1

IN WITNESS WHEREOF, the undersigned have hereunder affixed their signatures in their capacities as Members of the Company; it being understood that this action by consent in lieu of a special meeting of the Members of the Company shall be effective without further actions retroactively as of the date hereof and at such time as the Members shall have executed a copy.

MEMBERS:

CORKSCREW PLANTATION, INC

By: _____
        Franz Rosinus, Original Member Manager


OCP OPPORTUNITY 2, LLC

By: _____
        Amit Raizada, authorized Member


FOUR WEST, LLC

By: _____
        Scott Westlake, Original Manager Member


LARRY C. MADDOX & ELLAOUISE L. MADDOX REVOCABLE TRUST

By: _____
        Larry C. Maddox, Trustee


BOWEN INVESTMENTS, LLC

By: _____
        John Bowen, Manager

THE HOEHN FAMILY INVESTMENTS LLC

By: _____
        Manager

2

IN WITNESS WHEREOF, the undersigned have hereunder affixed their signatures in their capacities as Members of the Company; it being understood that this action by consent in lieu of a special meeting of the Members of the Company shall be effective without further actions retroactively as of the date hereof and at such time as the Members shall have executed a copy.

MEMBERS:

CORKSCREW PLANTATION, INC

By: _____

Franz Rosinus, Original Member Manager


OCP OPPORTUNITY I, LLC

By: _____

Amit Raizada, authorized Member


FOUR WEST, LLC

By: _____

Scott Westlake, Original Manager Member


LARRY C. MADDOX & ELLAOUISE L. MADDOX REVOCABLE TRUST

By: _____

Larry C. Maddox, Trustee


BOWEN INVESTMENTS, LLC

By: _____

John Bowen, Manager


THE HOEHN FAMILY INVESTMENTS LLC

By: _____

Manager

2